**TATE v. CHRISTY**

[339 N.C. 731 (1995)]

CYNTHIA RAYFIELD TATE AND CAROL T. TAYLOR v. ARTHUR L. CHRISTY

No. 171A94

(Filed 3 March 1995)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 114 N.C. App. 45, 440 S.E.2d 858 (1994), finding no error in the judgment of Guice, J., at the 19 October 1992 session of Superior Court, Gaston County and affirming the order of Guice, J., at the 14 December 1992 session of Superior Court, Gaston County. Heard in the Supreme Court 15 February 1995.

*James, McElroy & Diehl, P.A., by Richard B. Fennell, for plaintiff-appellant Tate; and Tim L. Harris & Associates, by Jerry N. Ragan, for plaintiff-appellant Taylor.*

*Stott, Hollowell, Palmer & Windham, by Martha Raymond Thompson, for defendant-appellee.*

PER CURIAM.

Justice Orr recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Nesbit v. Howard,* 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.